## AFFIDAVIT OF SERVICE

State of New York      County of NEW YORK      U.S. District Court, Eastern District Court

Index Number: CV-06784-17
Date Filed: 11/21/2017

Plaintiff:
**LYNETTE GIORDANO & THERESA BUCCILLI**

vs.

Defendant:
**ALLIED INTERSTATE LLC**

For:
51620
SANDERS LAW, PLLC
100 GARDEN CITY PLAZA, STE.500
GARDEN CITY, NY 11530

Received by ELITE LEGAL SERVICES OF NY INC. to be served on **ALLIED INTERSTATE LLC C/O CT CORP., 111 EIGHTH AVENUE, NEW YORK, NY 10011.**

I, TIMOTHY IRBY, being duly sworn, depose and say that on the **13th day of December, 2017** at **12:10 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS & COMPLAINT IN A CIVIL ACTION** with the date and hour of service endorsed thereon by me, to: **MRS. NATASHA** as **AUTHORIZED AGENT** for **ALLIED INTERSTATE LLC C/O CT CORP.**, at the address of: **111 EIGHTH AVENUE, 13TH FLR., NEW YORK, NY 10011**, and informed said person of the contents therein, in compliance with state statutes

Description of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 170, Hair: Blonde, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 19th day of December, 2017 by the affiant who is personally known to me.

**COMMISSIONER OF DEEDS**
Corissa Martinez
City of New York- No. 3-7441
Certificate Filed in Bronx County
Commission Expires August 1, 2018

**TIMOTHY IRBY**
1391236

ELITE LEGAL SERVICES OF NY INC.
1603 FRANCIS LEWIS BLVD.
WHITESTONE, NY 11357
(718) 831-9060

Our Job Serial Number: ELT-2017008126

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1e